IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DANIEL SOTO,**

    **Plaintiff,**

**vs.**                                                                                     **NO.  CIV 10-0043 CG/ACT**

**VILLAGE OF MILAN POLICE DEPARTMENT, et. al.,**

    **Defendants.**

**ORDER GRANTING THIRTY (30) DAY EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT**

THIS MATTER came before the Court on the Motion of the Defendants Village of Milan Police Department, Lee Eaton, City of Grants Police Department, Jason Fank and Jessie Nieto for a thirty (30) day extension of time within which to answer or otherwise move as to the Complaint (Doc. 13).  The Court has reviewed the Motion and finds that it is well taken.  Accordingly, it is ORDERED as follows:

1. Defendants are granted a thirty (30) day extension of time within which to answer or otherwise move as to the Complaint.

2. The extension of time will run from June 3, 2010.

3. Defendants' answer or motion as to the Complaint, must, therefore, be filed and served on or before Tuesday, July 6, 2010.

                                                                                         The Honorable Carmen E. Garza, Magistrate Judge

**SUBMITTED:**

FRENCH & ASSOCIATES, P.C.


By: /s/ Robert W. Becker
　　Robert W. Becker
　　Attorneys for Defendants Village of Milan
　　Police Department and Lee Eaton
　　500 Marquette Ave., NW, Suite 500
　　Albuquerque, New Mexico  87102
　　(505) 843-7075
　　rbecker@frenchlawpc.com

MASON & ISAACSON, P.A.


By: /s/ Thomas Lynn Isaacson
　　Thomas Lynn Isaacson
　　Attorneys for Defendants City of Grants Police Department,
　　Jason Fank and Jessie Nieto
　　104 E. Aztec Avenue
　　Gallup, NM 87301-6256
　　(505) 722-4463
　　tli@milawfirm.net

**APPROVED AS TO FORM AND ENTRY:**

MONTOYA LAW, INC.


By: electronically approved 6/2/10
　　Dennis Montoya
　　Attorney for Plaintiff
　　PO Box 15235
　　Rio Rancho, NM 87174-0235
　　(505) 246-8499
　　dmontoya@montoyalaw.com